IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Harry Samuel Smith, <br><br> Plaintiff, <br><br> v. <br><br> First Advantage Background Services Corp.; and Turn Technologies, Inc., <br><br> Defendants. | C.A. No.: 23-00647-CFC |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP. ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Harry Samuel Smith and Defendant First Advantage Background Services Corp. ("First Advantage"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant First Advantage only.

//

1

| | |
|---|---|
| /s/Antranig Garibian<br>Antranig Garibian, Esq. (DE Bar 4962)<br>**GARIBIAN LAW OFFICES, P.C.**<br>Brandywine Plaza East<br>1523 Concord Pike, Suite 400<br>Wilmington, DE 19803<br>(302) 722-6885<br>ag@garibianlaw.com<br><br>Jenna Dakroub, GA #385021<br>(Admitted *pro hac vice*)<br>**CONSUMER ATTORNEYS**<br>16130 Ventura Blvd., Suite 300<br>Encino, CA 91436<br>T: (602) 807-1525<br>F: (718) 715-1750<br>E: jdakroub@consumerattorneys.com<br><br>David A. Chami, AZ# 027585<br>(Admitted *Pro Hac Vice*)<br>**CONSUMER ATTORNEYS**<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (480) 626-2359<br>F: (718) 715-1750<br>E: dchami@consumerattorneys.com<br><br>*Attorneys for Plaintiff*<br>*Harry Samuel Smith*<br><br>Dated: August 23, 2024 | /s/ Alan R. Silverstein<br>Alan R. Silverstein (#5066)<br>**CONNOLLY GALLAGHER LLP**<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>302-757-7300<br>asilverstein@connollygallagher.com<br><br>Henry R. Chalmers<br>Natalie L. Cascario<br>**ARNALL GOLDEN GREGORY LLP**<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363<br>404-873-8646<br>henry.chalmers@agg.com<br>natalie.cascario@agg.com<br><br>*Counsel for Defendant First Advantage Background Services Corp* |

IT IS SO ORDERED this 26th day of August, 2024.

_____
The Honorable Colm F. Connolly

2